UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BRIAN BACON v. UNITED STATES                    9:01-CV-1688 (GJD)

_____

### ORDER OF RECUSAL

The undersigned hereby *recuses* himself from the above-entitled action.  The

Clerk is authorized and directed to reassign this case to another Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the Clerk enter this Order of Recusal for the undersigned, and

it is further

**ORDERED**, that the Clerk shall reassign this case to another Magistrate Judge,

and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the parties.


 Dated: November 17, 2006


_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge